IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

In Re:

Anthony Birth ) Case No: 14-22806
)
Debtor(s) ) Chapter: Chapter 13
)
) Judge: J. Philip Klingeberger

## AGREED IMMATERIAL MODIFICATION OF PLAN AND ORDER

Comes now Debtor, by counsel, Lavita R. Ball of Geraci Law, LLC, and Chapter 13 Trustee, Paul R. Chael on the above-captioned Chapter 13:

**Debtor's Chapter 13 plan shall include secured claim in the amount of $2,422.81 at 5.25% to Cavalry SPC I, LLC (Bass & Associates) for security interest in 2005 Yamaha XVT**

The Court having examined said Stipulated Modification of the Plan, and being duly advised in the premises, finds that said proposed Modification does not materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed Immaterial Modification should be, and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

**Examined and Approved:**

__/s/Lavita R. Ball__         _Julia M Hoham, Attorney for_
Lavita R. Ball, Attorney for Debtor    Chapter 13 Trustee

**SO ORDERED:**

DATED:_____

_____
Judge, US Bankruptcy Court

**Distribution:**
Debtor, Mr. Anthony Birth, 5001 Rockingham Lane, Lafayette, IN 47905
Paul Chael, 401 West 84th Drive, Suite C, Merrillville, IN, 46410
United States Trustee, One Michiana Square, 100 East Wayne Street Room 555, South Bend, IN 46601.